# Court of Appeals
# of the State of Georgia

ATLANTA,  January 30, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0656.  JERMAINE MOODY v. THE STATE.**

The present case was docketed in this Court on November 24, 2014.  Appellant Jermaine Moody, appearing pro se, was required to file a brief and enumeration of errors in this Court not later than Monday, December 15, 2014.  See OCGA § 5-6-40; Court of Appeals Rule 23 (a).  No such filing was made prior to the deadline.  Furthermore, no extension of time was requested or granted prior to the deadline.  Finally, the record confirms that Moody's appeal was not properly filed in this Court until Wednesday, January 14, 2015.

For the foregoing reasons, Moody's appeal is untimely and it is hereby DISMISSED.  See *Whittle v. State*, 210 Ga. App. 841 (437 SE2d 842) (1993); Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/30/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*